IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARLON COMPANY, an Iowa corporation,

            Plaintiff,

v.

DELAGET, LLC, a Delaware limited liability company,

            Defendant and Third Party Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,
a Pennsylvania insurance corporation and
MORGAN STANLEY SMITH BARNEY LLC,

            Third Party Defendants.

ORDER

11-cv-477-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(b)(4).

Entered this 12th day of September, 2011.

            BY THE COURT:

            /s/

            _____
            WILLIAM M. CONLEY
            District Judge