IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CARLON COMPANY,

           Plaintiff,

   v.

DELAGET, LLC,

           Defendant,

   v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY
and MORGAN STANLEY SMITH BARNEY, LLC,

           Third Party Defendants.

ORDER

11-cv-477-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

    Entered this _____19th_____ day of September, 2011.

                              BY THE COURT:

                              /s/ Barbara B. Crabb
                              BARBARA B. CRABB
                              District Judge

1