IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CARLON COMPANY,

      ORDER

     Plaintiff,

       11-cv-477-bbc

   v.

DELAGET, LLC,

     Defendant,


    v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY
and MORGAN STANLEY SMITH BARNEY, LLC,

     Third Party Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.


   Entered this _____*19th*_____ day of September, 2011.

        BY THE COURT:


        *Barbara B Crabb*
        BARBARA B. CRABB
        District Judge

1