IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLON COMPANY,

       Plaintiff,

v.

DELAGET, LLC,              JUDGMENT IN A CIVIL CASE

       Defendant,        Case No. 11-cv-477-jps

ACUITY, A Mutual Insurance Company,

       Intervenor Defendant,

and

DELAGET, LLC,

       Third-Party Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY
and MORGAN STANLEY SMITH BARNEY, LLC,

       Third-Party Defendants.

---

  This action came for consideration before the court with U.S. District Judge J.P. Stadtmueller presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Intervenor Defendant Acuity, A Mutual Insurance Company, granting its motion for summary judgment, declaring that it has no duty to defend or indemnify Defendant and Third-Party Plaintiff DelaGet, LLC and dismissing Acuity from this case.

  It appearing that there is no just reason for delay, I direct that this final judgment be entered.

Dated this _____ day of _____, 2012.

J.P. Stadtmueller
U.S. District Judge

By: _____, Deputy Clerk    7-31-12
Peter Oppeneer            Date
Clerk of Court