IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLON COMPANY,

        Plaintiff,

v.

DELAGET, LLC,

        Defendant,

ACUITY, A Mutual Insurance Company,

        Intervenor Defendant,

and

DELAGET, LLC,

        Third-Party Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY
and MORGAN STANLEY SMITH BARNEY, LLC,

        Third-Party Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-477-jps

    This action came for consideration before the court with U.S. District Judge J.P. Stadtmueller presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Intervenor Defendant Acuity, A Mutual Insurance Company, granting its motion for summary judgment, declaring that it has no duty to defend or indemnify Defendant and Third-Party Plaintiff DelaGet, LLC and dismissing Acuity from this case.

    It appearing that there is no just reason for delay, I direct that this final judgment be entered.

Dated this _____ day of _____, 2012.

J.P. Stadtmueller
U.S. District Judge

By: _____, Deputy Clerk
Peter Oppeneer
Clerk of Court

7-31-12
Date