IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLON COMPANY,

                  Plaintiff,

v.

DELAGET, LLC,

                  Defendant and
                  Third-Party Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY
and MORGAN STANLEY SMITH BARNEY, LLC,

                  Third-Party Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-477-jps

This action came for consideration before the court with U.S. District Judge J.P. Stadtmueller presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant DelaGet, LLC granting its motion for summary judgment, declaring that third-party defendant Philadelphia Indemnity Insurance Company has a duty to defend and indemnify DelaGet, LLC.

       IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of DelaGet, LLC and against Philadelphia Indemnity Insurance Company in the amount of $24,187.94 in costs and $75,748.08 in attorneys' fees for expenses incurred by DelaGet, LLC in bringing its third-party claim against Philadelphia Indemnity Insurance Company.

       It appearing that there is no just reason for delay, I direct that this final judgment be entered.

Dated this _____ day of January, 2013.

J.P. Stadtmueller
U.S. District Judge

By: _____
Peter Oppeneer
Clerk of Court

1-3-2013
Date